# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CHARLES PATRICK MONICO

FILED by _____ D.C.

SEP 1 9 2000

CLERK U.S. DIST. CT.
SO. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER:

# 00-6273

# CR - HUCK

MAGISTRATE JUDGE
BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHARLES PATRICK MONICO _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   RICO conspiracy and accessory after the fact

in violation of Title 18 _____ United States Code, Section(s) 1962(d) & 3 _____

CARLOS JUENKE
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 250,000 CSB

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

by  William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |