UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

Charles Patrick Monico
Defendant

CASE NO. 00-6273-CR-HUCK

REPORT COMMENCING CRIMINAL ACTION

02406-748

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 9/26/2000 1700

2. Spoken Language: ENGLISH

3. Offense(s) charged: TITLE 18 USC 1962(d), 3

4. U.S. Citizen ☑ YES ☐ NO ☐ UNKNOWN

5. Date of birth: 12/08/1956

6. Type of charging document: (Check One)
   ☑ INDICTMENT     ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6273 CR-HUCK    CASE NO. _____
   DISTRICT: _____    (Where warrant or complaint is filed.)

   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☐ YES ☐ NO

   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 9/26/2000                  9. SA Kevin C. Rontzel
                                        ARRESTING OFFICER
10. AGENCY: FBI                    11. 305 944 9101
                                        PHONE NO.