# United States District Court

SOUTHERN DISTRICT OF FLORIDA  508293

UNITED STATES OF AMERICA

V.

CHARLES PATRICK MONICO

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6273

CR - HUCK

YOU ARE HEREBY COMMANDED to arrest **CHARLES PATRICK MONICO**
Name

MAGISTRATE JUDGE BROWN

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy and accessory after the fact

in violation of Title 18 United States Code, Section(s) 1962(d) & 3

CARLOS JUENKE
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 250,000 CSB

by William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Miami, FL

| DATE RECEIVED 9/20/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 9/26/00 | | |