UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

CHARLES PATRICK MONICO
          Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 02406-748

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

<u>Defendant:</u>  Address: _____

                _____

                Tel. No: _____

<u>Defense Counsel:</u>  Name : THOMAS ALMON, ESQ.

                Address: 321 N.E. 26th Street

                        Miami, Florida, FL 33137

                Tel. No: 576-8568

<u>Bond Set/Continued:</u>  $250,000 CSB w/ nebbia

Dated this 5th day of October, 2000.

                CLARENCE MADDOX, CLERK

                BY Karen Sussmann
                    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney LaVecchio/Florian     TAPE NO. 00C68
   Defense Counsel     DIGITAL START NO. 2180
   Pretrial Services
formarra.ign