UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

v.

CHARLES PATRICK MONICO

*Stipulated*
**ORDER DENYING GOVERNMENT'S**
**REQUEST FOR PRETRIAL DETENTION &**
**SETTING A BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is
**ORDERED AND ADJUDGED** as follows:
\_\_\_\_ The government's motion is **denied.**
\_\_\_\_ The defendant's motion is **granted**; bond is set at:
   \_\_\_\_ Personal Surety, unsecured, in the amount of
      $\_\_\_\_

   \_\_\_\_ Personal Surety in the amount of $\_\_\_\_
      with 10% posted with Clerk of Court.

   \_\_\_\_ Personal Surety in the amount of $\_\_\_\_
      secured by the following collateral: \_\_\_\_

   \_\_\_\_ Full Cash in the amount of $\_\_\_\_

   ✓ Corporate Surety in the amount of $250,000 w/ Nebbia

   \_\_\_\_ Full Cash or Corporate Surety in the amount of
      $\_\_\_\_

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: *Two* WEEKLY IN PERSON; *Two* WEEKLY BY PHONE.
\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW. *Remain SDFL*
✓ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: *Government may seek pretrial detention if counsel seeks to reduce bond*

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: \_\_\_\_

**DONE AND ORDERED** at Miami, Florida this 5th day of October, 2000.

TAPE NO. 00C-68-2/80

c: AUSA, Defense,
   Pretrial Services
   U.S. Marshal
   *LaVecchio/Sloman*

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER