UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            MOTION FOR APPROVAL
                                  OF DISCOVERY COSTS

CHARLES MONICO,

    Defendants.
_____/

NIGHT BOX
FILED

OCT _ _ 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

COMES NOW the Defendant, CHARLES MONICO, by and through his undersigned court appointed attorney, and hereby files his Motion for Approval of Discovery Costs, and in support thereof shows to the Court the following:

    1.    Undersigned counsel has been recently appointed pursuant to the Criminal Justice Act to represent the Defendant, CHARLES MONICO, in the aboved-styled matter. Counsel has been informed by the Government that there are CD's, video tapes and discovery documents at International Legal Imprints for copying in this matter. The present estimate for the copying costs is $500, however, the Government may be adding discovery documents as the case progresses.

    2.    That the undersigned needs discovery in this cause in order to properly prepare a defense.

    3.    Undersigned counsel has attached a proposed Order regarding this motion for this Honorable Court's consideration, as well as a CJA voucher for the copying expense.



WHEREFORE, the Defendant prays that this Court approve the attached CJA voucher and enter an order authorizing the preparation of a set of discovery documents, CD's and video tapes from International Legal Imprints in this cause.

Respectfully submitted,

_____
THOMAS F. ALMON
Attorney for Defendant
321 N. E. 26th Street
Miami, Florida 33137
Tel:  (305) 576-8568
Fax:  (305) 573-6251
Florida Bar #153850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31 day of October 2000, to Assistant United States Attorney Jeffrey H. Sloman, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33394.

_____
THOMAS F. ALMON