CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE
PAUL C. HUCK

========================================================================

CASE NO. 00-6273-CR                    DATE 11-06-2000

CLERK   Valerie Thompkins               REPORTER LARRY HERR

USPO                                    INTERPRETER

       UNITED STATES OF AMERICA   vs.  ANTHONY TRENTACOSTA et al.,

AUSA LAWRENCE LAVECCHIO            DEFENSE CSL. J.Sloman, F. Haddad

R. Houlihan, J. Weinkle, D. Spadero, M. Smith, T. Almon, A.Taquechel
Defendant(s) Present_____ Not Present xxx In Custody_____

TYPE OF HEARING STATUS CONFERENCE

RESULT OF HEARING Defendant Frederick Massaro, Motion for

continuance of trial and to extend time to file pretrial motions,

filed on 10-24-2000 is hereby granted.

new dates: Calendar Call 8-29-01 Trial 9-4-01 status 2-5-01.

========================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____        Trial Date _____

Govt. Resp to P/T/Motions_____    Further S/C _____

Change of Plea  _____