UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA                                    **B.C.**

CASE NO. 00-06273-CR-HUCK          30 NOV 22 PM 3: 12
(Bond Magistrate Judge Garber)

                                                       HADDOX
                                        CLERK U. S. DIST. CT.
                                           S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              MOTION FOR BOND HEARING

CHARLES MONICO,

    Defendant.

_____/

COMES NOW the Defendant, CHARLES MONICO, by and through his undersigned

court appointed attorney, and hereby files this his Motion for Bond Hearing, and in support

would show as follows:

1.

That on October 5, 2000, this matter was said for Pre-Trial Detention before United

States Magistrate Judge Barry L. Garber.  On set date no hearing was held and the parties

stipulated that a $250,000 corporate surety bond would be set with the Defendant reserving the

right to a request a bond hearing in the future and the government reserving the right to pursue its

request for pretrial detention should a Bond Hearing later be sought.

2.

That on November 7, 2000, the Honorable Paul C. Huck continued the trial date

in this case until September 4, 2001.

3.

That in light of delay in which the trial will commence, the Defendant requests that a

bond hearing be held and that a reasonable bond be set.

Respectfully submitted,

THOMAS F. ALMON
Attorney for Defendant
321 N. E. 26th Street
Miami, Florida 33137
Tel: (305) 576-8568
Fax: (305) 573-6251
Florida Bar #153850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of November 2000, to Assistant United States Attorneys Lawrence D. LaVecchio / Jeffery H. Sloman 500 East Broward Blvd, Suite 700, Ft. Lauderdale, FL 33394.

THOMAS F. ALMON