CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
THE HONORABLE BARRY L. GARBER PRESIDING

Time: 3:00 -3:20

CASE NO.  00-6273-CR-HUCK          DATE:  DECEMBER 1, 2000

CLERK:  Karen Sussmann            REPORTER/TAPE 00C:87-801

PTS/USPO:  NONE                   INTERPRETER:  None

UNITED STATES OF AMERICA   vs.  CHARLES PATRICK MONICO (J)
                                02406-748

AUSA:     Jeffrey Sloman

DEFENDANT(S) COUNSEL:   Thomas Almon, Esq.

DEFENDANT(S)  PRESENT __x__ NOT PRESENT_____ IN CUSTODY_____

REASON FOR HEARING:     Motion for Bond

RESULTS OF HEARING:     Hearing held; Government seeks pretrial detention based on risk of flight and danger to community; Defendant seeks to reduce previously granted $250,000 CSB w/Nebbia; Sworn: Celese Van Auken; Testimony take, Motion for Bond denied; Defendant is to be pretrial detained due to prior criminal history, nature of current pending charges, potential sentence he is facing, and all of factors combined; Government to prepare Order

