CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by _VT_ D.C.
MAR 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE **Paul C. Huck**

CASE NO. **00-6273-CR**   DATE **3-6-01**

CLERK **Valerie Thompkins**   REPORTER **Larry Herr**

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. **Anthony Trentacosta et al**

AUSA **Lawrence LaVecchio**   DEFENSE CSL. **Richard Houlihan**

Defendant(s) Present ____ Not Present **X** In Custody ____

TYPE OF HEARING **Special Status Conference**

RESULT OF HEARING **Defense Oral Tenus motion to Continue Trial is hereby Granted**

NEW DATES SET BY COURT

Defense P/T/Motions **Cut-off 3-30-01**   Trial Date **11-19-01**

Govt. Resp to P/T/Motions ____   Further ~~a/c~~ **Calendar Call 11-14-01**

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: **3-6-01** thru **11-30-01** to be excludable pursuant to the Speedy Trial Act.

