NIGHT BOX
FILED

APR 26 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6273-CR-HUCK |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Brown |
| | ) | |
| v. | ) | **GOVERNMENT'S 1ST SUPPLEMENTAL** |
| | ) | **RESPONSE TO THE STANDING** |
| ANTHONY TRENTACOSTA, ET AL. | ) | **DISCOVERY ORDER** |
| | ) | |
| Defendants. | ) | |

The United States hereby files its first supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    N.    Defendants Massaro, Hernandez and Silverman have requested disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

At this time, the government intends to offer the expert testimony of the following individuals:

**Lisa M. Flannagan, M.D.**, an expert in the field of forensic pathology. Attached is the expert's curriculum vitae. The United States has previously supplied a copy of Dr. Flannagan's report dated March 21, 1999 to all counsel of record. In addition, attached is a copy of a toxicology report dated July 14, 1999.

**Kevin Noppinger**, an expert in the field of DNA. Attached is the expert's curriculum vitae. The United States has attached a copy of Mr. Noppinger's report dated October 12, 2000 to all counsel of record.

**Martin Tracy, Ph.D**, an expert in the field of population genetics. Attached is the expert's curriculum vitae.

**James N. Hudson**, an expert in the field of latent fingerprint examinations. The United States will supply counsel with the expert's curriculum vitae. The United States has previously supplied a copy of Mr. Hudson's reports dated July 27, 2000 and September 20, 2000 to all counsel of record.

**Diedre Bucknor**, an expert in the field of latent fingerprint examinations. Attached is a copy of the expert's curriculum vitae. The United States has previously supplied a copy of Ms. Bucknor's reports to all counsel of record.

**John Stubing**, an expert in the field of LCN organized crime. Special Agent Stubing testified at the hearing regarding the appeal of the order denying the government's request for pretrial detention of defendant Anthony Trentatcosta on October 25, 2000 before the Honorable Paul C. Huck in the instant case. A copy of Stubing's testimony is attached.

Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. SLOMAN
Assistant United States Attorney
Florida Bar No. 378879
500 E. Broward Boulevard, 7th Fl.
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3576
Facsimile: (954) 356-7228

By: _____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney
Florida Bar No. 0305405
500 E. Broward Boulevard, 7th Fl.
Fort Lauderdale, Florida 33394
Telephone:  (954) 356-7255 x3588
Facsimile:  (954) 356-7228

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail on April 26, 2001 to:

Richard K. Houlihan, Esq. (Attorney for Anthony Trentacosta)
300 Aragon Avenue, Ste. 310
Coral Gables, Florida 33134

Fred Haddad, Esq. (Attorney for Frederick J. Massaro)
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Christopher A. Grillo, Esq. (Attorney for Frederick J. Massaro)
One East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301-1843

Samuel D. DeLuca, Esq. (Attorney for Francis Ruggiero)
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire (Attorney for Ariel Hernandez)
1035 NW 11th Avenue
Miami, Florida 33136

William D. Matthewman, Esq. (Attorney for Ariel Hernandez)
West Tower - Suite 340
2300 Glades Road
Boca Raton, Florida 33431

Donald Spadero, Esquire (Attorney for Julius B. Chiusano)
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esquire (Attorney for Adam Todd Silverman)
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire (Attorney for Carlos Garcia)
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon (Attorney for Charles P. Monico)
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire (Attorney for Anthony R. Banks)
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

_____
JEFFREY H. SLOMAN
Assistant United States Attorney