UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## COURTROOM MINUTES

The Honorable Paul C Huck, Presiding

FILED by _____ D.C.
OCT 04 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Date 10-4-2001   Case No. 00-6273CH

United States of America

-vs-

Anthony Trentacosta et. Al

Type of hearing  Status Conference

Plaintiff's Counsel  Lawrence LaVecchio

Defendant's Counsel  Stephen Rosen, (All other counsel present)

Deputy Clerk  Valery Thrift   Court Reporter  Larry Herr

Status Hearing Held

364