SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by DKTG
JAN 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-CR-6273-Huck

DEFENDANT Charles Monico          JUDGE PAUL C. HUCK
Deputy Clerk Elvis Toneros        DATE 1/29/02 - 3:30
Court Reporter Larry Herr         USPO _____
AUSA Lawrence Lo Vecchio / Jeff Sloman     Deft's Counsel Thomas Almon, Esq.

COUNTS DISMISSED _____
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment   Years   Months   Counts
                   Time served ct 1

Supervised Release   3 years

Probation   Years   Months   Counts

Comments _____

Assessment $ 100.00        Fine $ _____
Restitution/Other to be determined by end of March, 2002

### CUSTODY
_____ Remanded to the Custody of the U.S. Marshal Service    _____ Release on bond pending appeal
_____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on __/__/__

Commitment Recommendation: _____

471