| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 00-6273-Cr-HUCK |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Charles P. Monico** 560 Beachway Avenue, Apartment Keansburg, NJ 07734 | SD/FL | Miami |
| | NAME OF SENTENCING JUDGE **The Honorable Paul C. Huck** | |
| SD/FL PACTS No. **65558** | DATES of PROBATION/ Supervised Release | FROM January 29, 2002 / TO January 28, 2005 |

RECEIVED
U.S. PROBATION OFFICE
NEWARK, NJ

**OFFENSE**
Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act, in violation of Title 18 U.S.C. 1962(d).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF FLORIDA"

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Jersey upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 4, 2002
Date                                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  NEW JERSEY

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 10 2002

5-6-02
Effective Date                                                United States District Judge

**United States Government**
MEMORANDUM

DATE: June 14, 2002

FROM: Viviana Bibliowicz, U.S. Probation Officer
Miami (Biscayne) / (305) 808-6409

SUBJECT: MONICO, CHARLES P.
SD/FL PACTS NO.65558
DKT NO.00-6273-CR-HUCK

TO: Clerk's Office, Magistrate Section
U.S. District Court, Miami, FL



### REQUEST TO TRANSFER JURISDICTION

Please find attached Probation Form 22, Transfer of Jurisdiction, signed in Part One on April 4, 2002, by the Honorable Paul C. Huck, U.S. District Judge, Southern District of Florida, Miami; signed in Part Two on May 6, 2002, by the Honorable Joseph A. Greenaway, District of New Jersey, Newark.

Please forward your complete file to the Clerk of the Court in the District of New Jersey, Newark.

VB:gpb

Attachment.