# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
*Court Administrator • Clerk of Court*

02 JUL 22 PM 4: 05

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

July 5, 2002

United States District Court
District of New Jersey

RE: US vs. Charles P. Monico
Case No.00-6273-CR-PCH

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

   (1) original Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)
   (1) certified copy of the Indictment/Information
   (1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
     Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

02 cr 344 (JAG)

by: Lisa Hopper,
    Deputy Clerk

Date: 7/17/02

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*