```
 1                    UNITED STATES DISTRICT COURT    FILED by _____ D.C.
                      SOUTHERN DISTRICT OF FLORIDA    APPEAL
 2                       FORT LAUDERDALE DIVISION     NOV 2 7 2002
                                                      CLARENCE MADDOX
 3                   CASE NO. 00-6273-CR-HUCK/BROWN   CLER., U.S. DIST. CT.
                                                      S.D. OF FLA. MIAMI

 4    _____
                                     |
 5    UNITED STATES OF AMERICA,      |    MIAMI, FLORIDA
                                     |
 6              Plaintiff,           |    NOVEMBER 6, 2000
      v.                             |
 7                                   |
      ANTHONY TRENTACOSTA, et al.    |
 8                                   |
                Defendants.          |
 9    _____x

10
                      TRANSCRIPT OF STATUS CONFERENCE
11                 BEFORE THE HONORABLE PAUL C. HUCK,
                       UNITED STATES DISTRICT JUDGE
12
      APPEARANCES:
13
      FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
14                             Assistant U.S. Attorneys
                               500 East Broward Boulevard, Suite 700
15                             Ft. Lauderdale, FL  33394
                               954/356-7255
16
      FOR DEFENDANT:           RICHARD HOULIHAN, ESQ.
17       TRENTACOSTA:

18

19    FOR DEFENDANT:           FRED HADDAD, ESQ.
         MASSARO:              One Financial Plaza
20                             Ft. Lauderdale, FL  33394
                               954/467-6767
21

22    FOR DEFENDANT            JEFFREY D. WEINKLE, ESQ.
         HERNANDEZ:            One Southeast 2nd Street, Suite 3550
23                             Miami, FL  33131 - 305/373-4445

24

25
```

```
 1
     FOR DEFENDANT
 2     MONACO:           THOMAS ALMON, ESQ.

 3
     FOR DEFENDANT
 4     GARCIA:           ALBERT LEVIN, ESQ.

 5
     FOR DEFENDANT
 6     SILVERMAN:        MIKE SMITH, ESQ.

 7

 8
     REPORTED BY:        LARRY HERR, RPR-CM-FCRR-AE
 9                       Official Federal Court Reporter
                         JLK Federal Justice Building
10                       99 Northeast 4th St., Suite 1067
                         Miami, FL  33132 - 305/523-5528
11
```