

**The City of New York**
**Department of Housing Preservation and Development**

# Certificate of Completion

This is to certify that

**CHARLES MONICO**

has successfully completed the
**WORKING WITH TENANTS**
Course given by Housing Education Services

December 2003







The City of New York
Department of Housing Preservation and Development
Certificate of Completion
This is to certify that
CHARLES MONICO
has successfully completed the
INTRODUCTION TO BUILDING SYSTEMS
Course given by Housing Education Services
December 2003

# The New York City Department of Health



## Dust Wipe Sampling Certificate Of Completion

### Charles Patrick Monico

The person named on this certificate has successfully completed a course administered by the New York City Department of Health and is qualified to perform dust wipe sampling for lead pursuant to New York City Administrative Code § 27-2056.5(a).

Thomas R. Frieden, M.D., M.P.H., Commissioner

Deborah Nagin, Director, Lead Poisoning Prevention Program

Certificate Number: DW-02-0344

Date Issued: 11/12/02







UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES MONICO,

    Defendant.
_____/

## **PROPOSED ORDER**

THIS MATTER having come before the Court on the Defendant, CHARLES P. MONICO's Unopposed Motion to Early Termination of Supervised Release, and the Court, having reviewed the file and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. The Defendant's Supervised Release Term is hereby terminated.

DONE AND ORDERED in chambers at Miami, Florida, this _____, day June 2004.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: AUSA Jeffrey Sloman
    Thomas F. Almon
    Nancy Hildner, Probation