UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES P. MONICO,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE is before the Court pursuant to the Defendant's Unopposed Motion for Early Termination of Supervised Release, filed June 23, 2004. After reviewing the motion, it is

ORDERED and ADJUDGED that the Defendant's Unopposed Motion for Early Termination of Supervised Release is **GRANTED.**

DONE and ORDERED in Chambers at Miami, Florida this 24 day of June, 2004.

                                                   PAUL C. HUCK
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Jeffrey Sloman, AUSA
Thomas F. Almon, Esq.
Nancy Hildner, U.S. Probation Officer

